## ATTACHMENT A

The property to be searched is, an Apple iPhone in a blue case and an Apple MacBook Pro laptop, serial number FVFF35TT0KPF, hereinafter the "SUBJECT DEVICES" seized from Serhat Gumrukcu on May 24, 2022. The SUBJECT DEVICES are currently located at the FBI office in Colchester, Vermont.

This warrant authorizes the forensic examination of the SUBJECT DEVICES for the purpose of identifying the electronically stored information described in Attachment B.