## ATTACHMENT B

1.      All records on the SUBJECT DEVICES described in Attachment A that relate to the following federal crimes involving the murder of Gregory Davis: murder to obstruct justice, in violation of 18 U.S.C. § 1512(a)(1); kidnapping, in violation of 18 U.S.C. § 1201; wire fraud, in violation of 18 U.S.C. § 1343; and murder for hire, in violation of 18 U.S.C. § 1958, including:

   a. any and all data related to Gregory Davis, including his personal identifiers, address, residence, vehicles, and businesses;

   b. any and all data related to the death of Gregory Davis, including information related to efforts to locate his whereabouts prior to his murder;

   c. any and all data related to communications involving Jerry Banks, Aron Ethridge, Berk Eratay, Murat Gumrukcu, and Serhat Gumrukcu from January 1, 2015 to the present;

   d. any and all data relating to Serhat Gumrukcu's business activity from January 1, 2015 to the present, including all data relating to businesses associated with Serhat Gumrukcu, such as Enochian Bioscience.

   e. any and all data relating to the schedule, travel or location of Serhat Gumrukcu, Murat Gumrukcu, Berk Eratay and Aron Ethridge from January 1, 2017 to July 1, 2018, and from April 6, 2022 to the present;

f. any and all bank records, checks, credit card bills, account information, and other financial records relating to Serhat Gumrukcu's employment, earnings, and finances.

2. Evidence of user attribution showing who used or owned the SUBJECT DEVICES at the time the things described in this warrant were created, edited, or deleted.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.