## Attachment A

**Subject Account and Execution of Warrant**

This warrant is directed to Microsoft Corporation (the "Provider"), headquartered at 1 Microsoft Way, Redmond, WA 98052, and applies to all content and other information within the Provider's possession, custody, or control associated with Microsoft Account beratay@live.com (Subject Account).

A law enforcement officer will serve this warrant by transmitting it via email or another appropriate manner to the Provider. The Provider is directed to produce to the law enforcement officer an electronic copy of the information specified in Attachment B below. Upon receipt of the production, law enforcement personnel will review the information for items falling within the categories specified in Attachment B below.