# EXHIBIT 1

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   2:18-mj-4
)
a CLX personal computer tower, a Razer laptop and an Apple )
iPad currently in the custody of the FBI in Colchester, VT, )
previously possessed by Berk Eratay, further described in )
Attachment A

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Vermont _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before   Sept 27, 2022   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Geoffrey W. Crawford   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   9/13/22  2:45 PM

Judge's signature

City and state:   Burlington, Vermont         Hon. Geoffrey W. Crawford, U.S. District Judge
*Printed name and title*

## ATTACHMENT A

The property to be searched is a CLX personal computer tower, a Razer laptop and an Apple iPad, hereinafter the "SUBJECT DEVICES", previously possessed by Berk Eratay and obtained via subpoena on July 13, 2022. The SUBJECT DEVICES are currently located at the FBI office in Colchester, Vermont.

This warrant authorizes the forensic examination of the SUBJECT DEVICES for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1.  All records on the SUBJECT DEVICES described in Attachment A that relate to the following federal crimes involving the murder of Gregory Davis: murder to obstruct justice, in violation of 18 U.S.C. § 1512(a)(1); kidnapping, in violation of 18 U.S.C. § 1201; wire fraud, in violation of 18 U.S.C. § 1343; and murder for hire, in violation of 18 U.S.C. § 1958, including:

    a. any and all data related to Gregory Davis, including his personal identifiers, address, residence, vehicles, and businesses;

    b. any and all data related to the death of Gregory Davis, including information related to efforts to locate his whereabouts prior to his murder;

    c. any and all data related to communications involving Jerry Banks, Aron Ethridge, Berk Eratay, Murat Gumrukcu, and Serhat Gumrukcu from January 1, 2015 to the present;

    d. any and all data relating to Berk Eratay or Serhat Gumrukcu's business activity from January 1, 2015 to the present, including all data relating to businesses associated with Serhat Gumrukcu, such as Enochian Bioscience.

    e. any and all data relating to the schedule, travel or location of Serhat Gumrukcu, Murat Gumrukcu, Berk Eratay and Aron Ethridge from January 1, 2017 to July 1, 2018, and from April 6, 2022 to the present;

    f. any and all bank records, checks, credit card bills, account information, and other financial records relating to Berk Eratay or Serhat Gumrukcu's employment, earnings, and finances.

2.    Evidence of user attribution showing who used or owned the SUBJECT DEVICES at the time the things described in this warrant were created, edited, or deleted.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or

copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.